**Leroy K. BRIGGS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66209.**

Missouri Court of Appeals,
Western District.

Dec. 12, 2006.

Susan L. Hogan, Appellate Defender, Kansas City, MO, Attorney for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, Attorneys for respondent.

Before HOWARD, C.J., and BRECKENRIDGE, and HOLLIGER, JJ.

**Order**

PER CURIAM.

The current appeal involves a single issue: did the motion court clearly err by denying appellant Leroy Briggs's motion for an evidentiary hearing under Rule 24.035. Briggs claims his guilty plea entered after mistrial was not knowing, voluntary, and intelligent because he feared returning to trial with an unprepared attorney and spending additional time at the county jail. Therefore, he claims, his

guilty plea is subject to vacation under Rule 24.035.

Affirmed. Rule 84.16(b).